THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM B. LEWIS and EDGAR P. McFARLAND, Appellants.— Judgment affirmed. No opinion. Present— Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HENRY R. MILLER COMPANY, Respondent, v. HAROLD ABRAMS and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of JAMES J. McCABE, Petitioner, for an Order of Certiorari against EDWARD P. MULROONEY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Order of certiorari dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ANNA FREDERICA STRAHAN, as Executrix, etc., of GEORGE V. STRAHAN, Respondent, v. ARTHUR R. KRAUSE, Defendant, Impleaded with FREDERICK W. MATHIEU and GRACE MATHIEU, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

WILLIAM H. KEHOE, Appellant, v. NEW YORK TRIBUNE, INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley and Townley, JJ. [139 Misc. 420.]

POMPANO FARMS, INC., Appellant, v. HERMAN A. DOMPH and LILLIAN DOMPH, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ZAHRA FIELDS SCHREIBER, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MARGARET H. CLARK, Respondent, v. SAMUEL RIKER, Individually and as Executor, etc., of ELIZABETH G. WHEELWRIGHT, Deceased, Appellant.— Order modified by amending title of the action by consent, and by granting the motion to strike out paragraph 4 and that part of paragraph 3 of the complaint, beginning with the words " the said Thomas C. Chalmers, the contestant, who for many years," down to the end of said paragraph; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.